O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE CONTRACTORS LICENSING BOARD,<br><br>Defendant. | Case No. 2:17-cv-08767-GW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint. Plaintiff's Title VII claim, federal Freedom of Information Act claim, and claim for damages under 42 U.S.C. § 1983 are dismissed with prejudice. The remaining claims are dismissed without prejudice but without leave to amend.

DATED: June 26, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE