JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE CONTRACTORS LICENSING BOARD,<br><br>Defendant. | Case No. 2:17-cv-08767-GW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action are dismissed. Plaintiff's Title VII claim, federal Freedom of Information Act claim, and claim for damages under 42 U.S.C. § 1983 are dismissed with prejudice. The remaining claims are dismissed without prejudice but without leave to amend.

DATED: June 26, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE